

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2014

No. 04-14-00041-CR

Kyle **MILLER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding

# O R D E R

On July 16, 2014, we granted pro se appellant Kyle Miller's motion to correct the record. We ordered the court reporter to file a corrected record by July 31, 2014.

On July 17, 2014, Appellant filed a motion for a thirty-day extension of time to file the brief. Because the corrected record has not yet been filed, we deem the appellate record not yet complete. *See* TEX. R. APP. P. 38.6(a)(2). Thus, Appellant's motion is MOOT.

Appellant's brief is due THIRTY DAYS after the corrected reporter's record is filed with this court. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court